Petition for Writ of Mandamus Denied and Memorandum Opinion filed
September 18, 2003









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed September 18, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00999-CV

____________

 

IN RE LITTER A. FORD, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On September 8, 2003, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52.  

We deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

 

Petition Denied
and Memorandum Opinion filed September 18, 2003.

Panel consists of
Justices Yates, Hudson, and Fowler.